837 A.2d 1170

COMMONWEALTH of Pennsylvania, Appellant,

v.

Gerald Ray WILKERSON, Appellee.

Supreme Court of Pennsylvania.

Submitted Nov. 7, 2003.

Decided Dec. 16, 2003.

## *ORDER*

PER CURIAM:

**AND NOW,** this 16th day of December, 2003, the Order of the Court of Common Pleas of Mercer County is AFFIRMED. *See Commonwealth v. Mockaitis*, 575 Pa. 5, 834 A.2d 488 (2003).